UNITED STATES DISRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| SARAH SPITALNICK,<br>   *Plaintiff*,<br>v.<br><br>KING & SPALDING, LLP<br>   *Defendant*, | )<br>)<br>)<br>)  Case No.  24-1367<br>)<br>)<br>)<br>) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Sarah Spitalnick ("Plaintiff" or "Ms. Spitalnick"), by and through her attorneys, Eden Quainton and Jonathan Gross, hereby brings this action against Defendant King & Spalding ("K&S" or "Defendant") to redress unlawful employment discrimination on the basis of race and sexual orientation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq*. ("Title VII") and on the basis of race in violation of the Civil Rights Act of 1866, 42 U.S.C. § 1981 ("Section 1981"). Defendant's discriminatory job advertisement deterred Plaintiff, who was otherwise qualified, from applying for a summer associate position solely because she is White and heterosexual. The U.S. Equal Employment Opportunity Commission investigated Plaintiff's charge of discrimination and found reasonable cause to believe that Defendant violated Title VII. Plaintiff seeks compensatory damages, punitive damages, statutory damages, interest, attorney fees, court costs, and injunctive relief to remedy Defendant's unlawful conduct, and in support thereof states as follows:

## PARTIES

1. Plaintiff, SARAH SPITALNICK, is a White, heterosexual, adult female who resides in Maryland.

2. Defendant, KING & SPALDING, is a law firm incorporated under the laws of the state of Georgia, who, at the time of the underlying events sought to employ law students in Maryland.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 because this action is brought pursuant to Title VII and Section 1981.

4. Venue is proper in this District because the underlying events that gave rise to the Plaintiff's claims occurred in Maryland.

## ADMINISTRATIVE PREREQUISITES

5. Ms. Spitalnick has satisfied all administrative and procedural prerequisites and conditions precedent to bringing an action under Title VII by timely filing a charge of discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC") on April 27, 2021, regarding the allegations set forth in this Complaint (EEOC Charge No. 570-2021-00788).

6. On or about February 13, 2024, the EEOC found reasonable cause to believe that Defendant discriminated against Ms. Spitalnick on the basis of race and sexual orientation in violation of Title VII.

7. The EEOC's Determination Letter stated:

> "The evidence shows that Respondent advertised a summer associate position for first-year legal students to apply for its 1L summer class of 2021 LCLD Scholar Program. Respondent's advertisement for the employment opportunity included a requirement that "[C]andidates must have an ethically or culturally diverse background or be a member of the LGBT community."
> Charging Party is white and heterosexual. At the time of the advertisement, the Charging Party met all other stated qualifications for the advertised summer job. Despite these qualifications, Charging Party was deterred from applying because of the Respondent's stated preference for candidates from ethnically or culturally diverse backgrounds or from LGBT community.

Based on the foregoing, I find that there is reasonable cause to believe that Charging Party was discriminated against because of her race and sexual orientation when she was deterred from applying for the summer associate position in violation of the title VII."

8. On March 27, 2024, the EEOC issued a Notice of Rights to Ms. Spitalnick.

9. Ms. Spitalnick initiated this lawsuit within ninety (90) days of receiving the Notice of Rights.

## FACTS COMMON TO ALL CLAIMS

10. In or about February 2021, Ms. Spitalnick was a first-year law student at the University of Baltimore School of Law ("UB Law") and was actively engaged in a search for a summer internship for that summer.

11. UB Law has an online platform called UB Law Connect where employers can advertise open positions directed at UB Law students. The platform allows UB Law students to directly apply for the posted positions.

12. Defendant posted an advertisement on the UB Law Connect platform encouraging UB Law students to apply for a Leadership Counsel Legal Diversity (hereinafter "LCLD") summer internship.

13. Defendant's advertisement stated that candidates for the LCLD position "must have an ethnically or culturally diverse background or be a member of the LGBT community."

14. The term "member of the LGBT community" refers to someone who is lesbian, gay, bisexual, or transgender. In other words, non-heterosexual.

15. The job posting is attached hereto as Exhibit A

16. The internship paid $4,135.00 per week.

17. At the time, Ms. Spitalnick possessed a real and active interest in the LCLD internship.

18. Ms. Spitalnick does not qualify as "ethnically or culturally diverse," because she is White.

19. Ms. Spitalnick does not qualify as being a member of the "LGBT community," because she is heterosexual.

20. At the time of the Defendant's job posting, Ms. Spitalnick met all stated qualifications for the LCLD internship position aside from the requirement to "have an ethnically or culturally diverse background or be a member of the LGBT community."

21. Despite being otherwise qualified, Ms. Spitalnick was deterred from applying because of Defendant's stated preference for either non-white candidates or non-heterosexual candidates.

22. Ms. Spitalnick did not apply for the position because doing so would have been a futile gesture in light of Defendant's expressly stated racial and sexual orientation preferences.

23. Because of her race and/or her sexual orientation, Ms. Spitalnick was denied an opportunity for employment in a position that she was otherwise qualified for.

24. Because of Defendant's discriminatory employment practices, Ms. Spitalnick incurred significant damages.

## CAUSES OF ACTION

### COUNT I
**Violation of Title VII of the Civil Rights Act of 1964**
**42 USC § 2000e *et seq.***
**Discrimination on the Basis of Race, Color, and Sex**

25. Ms. Spitalnick realleges and incorporates by reference each and every allegation contained in the foregoing paragraphs of this Complaint with the same effect as though fully set forth herein.

26. Defendant violated Title VII by advertising a position for employment and stating a preference for non-white candidates.

27. Ms. Spitalnick is White.

28. Defendant violated Title VII by advertising a position for employment and stating a preference for non-heterosexual candidates.

29. Ms. Spitalnick is heterosexual.

30. Ms. Spitalnick was discouraged from applying to the LCLD internship because of Defendant's stated preference for non-white or non-heterosexual candidates.

## COUNT II
### Violation of the Civil Rights Act of 1866, 42 U.S.C. § 1981
### Discrimination Based on Race

31. Ms. Spitalnick realleges and incorporates by reference each and every allegation contained in the foregoing paragraphs of this Complaint with the same effect as though fully set forth herein.

32. Defendant violated Section 1981 by advertising a position for employment and stating a preference for non-white candidates.

33. Ms. Spitalnick is white.

34. Ms. Spitalnick was discouraged from applying to the LCLD internship because of Defendant's stated preference for non-white candidates.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff SARAH SPITALNICK prays that judgment be entered in her favor and against Defendants KING & SPALDING for compensable damages, plus interest, statutory damages, punitive damages, attorneys' fees, expert witness fees, and her costs of suit, and such other relief as this Court deems just and equitable.

**WHEREFORE,** Plaintiff SARAH SPITALNICK prays that the Court order Defendant to 1) cease using euphemisms for racial and or color preferences in its job postings; 2) cease discriminating against job candidates on the basis of their sexual orientation; 3) implement internal policies and procedures designed to ensure that job postings do not run afoul of the anti-discrimination laws of the United States and; 4) issue a public apology to Ms. Spitalnick.

## DEAMND FOR JURY TRIAL

Plaintiff SARAH SPITALNICK demands a trial by jury.

## VERIFICATION

**I SOLEMNLY SWEAR AND AFFIRM** under the penalties of perjury that paragraphs 1-34 of the foregoing Complaint and Demand for Jury Trial are true and accurate based on my personal knowledge, information, and belief. That the attached Exhibit A is a true and accurate copy of the K&S job posting based on my personal knowledge, information, and belief.

_____   05/09/2024
**SARAH SPITALNICK** – *Plaintiff*

[ATTORNEYS SIGNATURE ON THE FOLLOWING PAGE]

Dated: May 9, 2024

Respectfully Submitted,

*/s/ Jonathan Gross*

Jonathan Gross Esq.
Law Office of Jonathan S. Gross
Bar Number: 21800
2833 Smith Ave., Suite 331
Baltimore MD, 21208
Phone: (443) 813-0141
jonathansgross@gmail.com

Eden Quainton, Esq.,
Quainton Law, PLLC
2 Park Avenue, 20th Floor
New York, NY 10016
Phone: (212) 419-0575
Eden.quainton@quaintonlaw.net
*application for admission forthcoming*

*Counsel for Plaintiff*

# Exhibit A



### 1L Summer Associate LCLD Program (Leadership Council on Legal Diversity)

**King & Spalding LLP**

Atlanta - GA (United States), Chicago - IL (United States), Houston - TX (United States), New York - NY (United States), Washington DC (United States)

Summer Job

4 days ago     Apply by: 02/05/2021, 11:59pm EST

King & Spalding seeks highly qualified first-year law students to join our 2021 summer associate program as our 2021 Leadership Council on Legal Diversity (LCLD) 1L Scholars in our Atlanta, Chicago, New York, and Washington D.C. offices.

The 2021 LCLD Scholars will participate in King & Spalding's 2021 summer associate program and will have the opportunity to work in multiple practice areas across the firm. As a summer associate, you will be given the opportunity to participate in our firm-wide Summer Summit, experience our Connect K&S travel program, and benefit from substantive training programs. More importantly, you will get a realistic sense of what you will do as a lawyer at K&S – through challenging assignments and real work - with guidance from partners and summer mentors.

Candidates must be current first-year students who have excellent academic credentials and a demonstrated record of community service and leadership.

Candidates must have an ethnically or culturally diverse background or be a member of the LGBT community.

If you wish to apply, please send your resume, transcript, and cover letter to gnotestine@kslaw.com.

Application Deadline: February 5, 2021

### Job Details

| | |
|---|---|
| Paid or Unpaid | Paid |
| Practice Type | Litigation |