IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SARAH SPITALNICK,

Plaintiff,

v.

KING AND SPALDING, LLP

Defendant.

Case No. 1:24-cv-01367

**PLAINTIFF'S UNOPPOSED MOTION TO
EXTEND TIME TO RESPOND**

Plaintiff, Sarah Spitalnick (hereinafter "Plaintiff"), by and through her undersigned counsel, hereby brings forth this Unopposed Motion to Extent Time to Respond to Defendant's Motion to Dismiss based on Fed. R. Civ. P. 6 and states in support as follows:

1. Plaintiff filed her Complaint and Demand for Jury Trial on May 9, 2024.

2. Plaintiff served King and Spalding, LLP (hereinafter "Defendant") with a copy of the summons and complaint on July 29, 2024.

3. Defendant filed a Consent Motion to Extend Time to Respond to the Complaint on August 8, 2024.

4. The Court granted the Consent Motion to Extend Time to Respond on August 12, 2024.

5. Defendants filed its Motion to Dismiss on September 19, 2024.

6. Counsel for Plaintiff met and conferred with counsel for Defendant and asked if Defendant would oppose a motion to extend time to file a response to the motion to dismiss until after the Jewish holidays.

7. Defendant stated that it does not oppose an extension, and asked if Plaintiff would oppose an

extension to file a Reply.

8. Plaintiff does not oppose.

9. Plaintiff and Defendant agreed to request that the court extend the time for Plaintiff to file a brief in opposition to the Motion to Dismiss until October 31, 2024, and that Defendant be granted until November 25, 2024 to file a Reply.

WHEREFORE, Plaintiff respectfully request that this Court grant Plaintiffs Motion for Extension of Time to Respond to the Motion to Dismiss until October 31, 2024, and that Defendant be granted until November 25, 2024 to file a Reply.

Dated: October 2, 2024                                   Respectfully submitted

/s/ Jonathan Gross
Jonathan Gross
CPF: 21800
2833 Smith Ave., Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via the Court's ECF system.

/s/ Jonathan Gross

## CERTIFICATE OF CONFERENCE

I hereby certify that Eden P. Quainton, counsel for Plaintiff, met and conferred with counsel for Defendant and the Defendant does not oppose this motion.

/s/ Jonathan Gross