UNITED STATES DISTRICT COURT
DISTRICT OF BALTIMORE

SPITALNICK )
)
v. ) Case No. 24-cv-1367
)
KING AND SPALDING )

*Granted 5/7/25*

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Jonathan Gross, attorney of record for Plaintiff Spitalnick respectfully moves this Court for an order permitting withdrawal as counsel. In support of this motion, Movant states as follows:

Movant has accepted employment with a government agency that prohibits its employees from engaging in the private practice of law outside of official government responsibilities. As a result, Movant is unable to continue representing Plaintiff in this matter.

Plaintiff is represented by co-counsel, Eden Quainton who has already entered an appearance in this case and will continue to represent Plaintiff. Plaintiff's legal representation will not be interrupted or adversely affected by Movant's withdrawal. Plaintiff consents to Movant's withdrawal as attorney of record. Movant's withdrawal will not prejudice the rights of the opposing parties, as Plaintiff remains represented by competent counsel, and this motion will not delay or disrupt the proceedings.

WHEREFORE, Movant respectfully requests that this Court grant the motion and enter an order permitting Jonathan Gross to withdraw as attorney of record for Plaintiff in this matter, and for such other relief as the Court deems just and proper.

Dated: May 5, 2025

Respectfully submitted,
/s/ Jonathan Gross
Jonathan Gross
2833 Smith Ave., Suite 331
Baltimore, MD 21209
(443) 813-0141

jonathansgross@gmail.com
*Attorney for Plaintiff Sarah Spitalnick*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, a true and correct copy of the foregoing Motion to Withdraw as Attorney of Record was served via ECF on all counsel of record and parties entitled to notice in this case.

/s/ Jonathan Gross